UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCY STARNES,

        Plaintiff,

v.

PUTNAM COUNTY MOVIE THEATER, LLC, et al.,

        Defendants.

Case No. 11-cv-7747 (VB)

## STIPULATION OF DISMISSAL

AND NOW, this 31st day of January, 2012, Plaintiff Marcy Starnes, by her counsel David S. Halsband, Esq., of Halsband Law Offices, and Defendants Putnam County Movie Theater, LLC, Gary F. Goldring, Paul Schuyler, and Bank Street Investments, LLC, by their counsel Neil J. Hamburg, Esq., of Hamburg & Golden, P.C., hereby stipulate and agree that this case is DISMISSED, with prejudice; each party to bear his, her or ~~its~~ own costs and attorneys' fees.

/s/ Neil J. Hamburg
_____
Neil J. Hamburg, Esquire
Cameron J. Etezady, Esquire
HAMBURG & GOLDEN, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103-1443
(215) 255-8590
Dated: 1/31, 2012

Attorneys for Defendants
Putnam County Movie Theater,
LLC, Gary F. Goldring, Paul
Schuyler, and Bank Street
Investments, LLC

_____
David S. Halsband, Esquire
HALSBAND LAW OFFICES
Court Plaza South
21 Main Street, East Wing
Third floor, Suite 304
Hackensack, NJ 07601
(201) 487-6249
Dated: 1/31, 2012

Attorneys for Plaintiff
Marcy Starnes